**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

RECEIVED
11/16/2026
KELLY L. STEPHENS, Clerk

**No. 26-2014**

RODERICK WRIGHT,
Plaintiff-Appellant,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,
Defendant-Appellee.

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:25-cv-01367 (Hon. Paul L. Maloney)

# APPELLANT'S MOTION TO EXPEDITE THE APPEAL
(6 Cir. R. 27(f))

Plaintiff-Appellant Roderick Wright, pro se, moves to expedite this appeal. "A party may move to expedite the appeal. The motion must show good cause to expedite." 6 Cir. R. 27(f). Good cause exists. Every day this appeal waits, ASHA's published finding, which rests on false facts, stays on the page employers check, and the jury trial both parties demanded stays unheld. Exhibit A, Appellant's declaration, identifies five documents, Exhibits A-1 to A-5, cited in Part I.

## I. THE HARM IS CONTINUING, AND IT IS IN THE RECORD

1. ASHA awarded Appellant the CCC-SLP on June 25, 2024, valid through March 31, 2027 (Verification Page Capture, RE 42-5, Page ID # 478). ASHA then

posted on that same public verification page: "This individual has a current Board of Ethics sanction." (Verification Page Capture, RE 42-6, Page ID # 479.)

2. After the six-month period ASHA set had ended, the same page still read "This individual has past public Board of Ethics history" and listed Appellant's status as "Not Certified." (Verification Page Capture, RE 92-2, Page ID # 2606, captured July 21, 2026.) On November 16, 2026, it read the same (Ex. A-5).

3. ASHA's published decision falsely states that Appellant "[k]nowingly provided false data as part of their ASHA certification application." (Board of Ethics Decisions Posting, RE 45-2, Page ID # 508.) That statement remains published (Ex. A-5).

4. ASHA took the matter to a state regulator. On February 18, 2026, the New Mexico licensing board opened a complaint naming "Katherine Meyer-ASHA" as complainant (New Mexico Complaint Correspondence, RE 71-5, Page ID # 773). The board closed it on April 16, 2026 (New Mexico Complaint Correspondence, RE 71-5, Page ID # 774).

5. The harm has reached his work and his credential. ASHA's posting reached his employer. On February 25, 2026, the owner of the company he worked for wrote to him, "We came across this posting," copied the posting into her email, and told him he was "not to use the credentials CCC-SLP on any documentation." On June 24, 2026, she wrote that the company had two openings for the next

school year. One required Spanish. The other required the CCC: “Because the supervisory role requires ASHA CCCs and you are not currently eligible for that position, we cannot consider you for that opening at this time.” She concluded: “we do not have another available placement that matches your qualifications.” (*Wright v. Am. Speech-Language-Hearing Ass’n*, No. 1:26-cv-02518 (W.D. Mich.), ECF No. 1-4.) Eighteen days later, on July 12, 2026, the same company advertised a full-time, remote “Speech Language Pathologist Teletherapist” position in New Mexico, the same work he had done for that company, starting “End of July 2026/Beginning of August 2026,” the start of the very school year for which it had just told him it had no placement for him. Its requirements: “CCCs required.” (Ex. A-4.) His employer treated ASHA’s false publication as true, and he lost his job over it. On September 9, 2026, ASHA emailed Appellant: “Renewal for the 2027 membership and affiliation year is now open!” (Ex. A-1.) It set a deadline: “The deadline to renew is December 31, 2026.” (Ex. A-1.) The same day, ASHA’s dues page showed an invoice in the name of “Mr. Roderick Wright, CCC-SLP” for the “2027 Certification or In Process Fee.” (Ex. A-2.) On October 19, 2026, the same web address answered: “We are unable to complete your renewal.” (Ex. A-3.) ASHA invited him to renew and invoiced him as a CCC-SLP, but its renewal page would not complete the renewal.

## II. APPELLANT HAS SOUGHT PROMPT RELIEF FROM THE FIRST DAY

6. Appellant moved for a temporary restraining order and a preliminary injunction with his complaint on November 5, 2025, the day after ASHA issued its decision affirming the revocation of his certification for six months, "effective from the date of the Final Decision" (Complaint, RE 1; Motion for TRO and Preliminary Injunction, RE 2; Decision After Further Consideration, RE 1-16, Page ID # 81). The district court denied the restraining order on November 7, 2025, because "[t]he Board's sanction becomes effective on the date of the final decision, which has not yet occurred" (Order Denying TRO, RE 10, Page ID # 115). But ASHA's decision on the merits had issued the day before Appellant filed, and the harm was impending: the decision stated that, "upon becoming final," it "will be published in an ASHA publication that is distributed and available to all members" (Decision After Further Consideration, RE 1-16, Page ID # 81). The only step left was an optional appeal (the decision says the Respondent "may appeal") to ASHA's own "Ethics Appeal Panel of the American Speech-Language-Hearing Association," and it was a limited, record-only review: the panel "may not receive or consider any evidence that was not included in the official record," and an appeal was allowed only if he asserted, "by clear and convincing evidence," a procedural failure or an "arbitrary and capricious" decision (Decision After Further Consideration, RE 1-16, Page ID # 81). Appellant moved again for a restraining

order on December 5, 2025, the day the district court itself recorded that the time for that appeal "expired" (Order Denying Second TRO, RE 20, Page ID # 258). The court denied that motion on December 8, 2025 (Order Denying Second TRO, RE 20, Page ID # 261). It denied the preliminary injunction on April 6, 2026, five months after the motion was filed (Order Denying Preliminary Injunction, RE 65, Page ID # 704). Appellant moved the next day for an injunction pending appeal (Motion to Stay, RE 67; Errata, RE 68). The district court never ruled on that motion (District Court Docket), and the final order does not mention it (Order Adopting R&R, RE 104).

## III. THE APPEAL PRESENTS A NARROW QUESTION ON A CLOSED RECORD

7. The central question is whether summary judgment could be entered on a fact that ASHA called "genuinely disputed" (ASHA's Response to Rule 56(g) Motion, RE 95, Page ID # 2664) and that the district court said the parties "dispute" (Order Adopting R&R, RE 104, Page ID # 2883), in a case where both parties demanded a jury. That fact is material: ASHA's telepractice limit applies only to fellowships that "begin on or after January 1, 2023" (ASHA's Summary Judgment Exhibit A, RE 80-1, Page ID # 912), so the start date of Appellant's Clinical Fellowship decides which rule applied to him. The district court docket reads "Jury Demand: Both." (District Court Docket.)

8. The record is closed. No transcript is needed; this Court's docketing entry of November 13, 2026 reads "Transcript needed: n." Appellant's opening brief is in preparation and can be filed within 30 days of an order granting this motion.

9. Congress has directed that federal courts "shall expedite the consideration of . . . any other action if good cause therefor is shown," and that "'good cause' is shown if a right under the Constitution of the United States . . . would be maintained in a factual context that indicates that a request for expedited consideration has merit." 28 U.S.C. § 1657(a). The right Appellant seeks to maintain is the Seventh Amendment right to trial by jury on disputed material facts, beginning with the start date of Appellant's Clinical Fellowship. That direction reaches this Court: a "court of the United States" includes the "courts of appeals." 28 U.S.C. § 451. The same statute separately requires expedited consideration of "any action for temporary or preliminary injunctive relief." 28 U.S.C. § 1657(a). No. 26-1329 is an appeal from the denial of a preliminary injunction.

## IV. NO PREJUDICE TO ASHA

10. ASHA's counsel has already briefed this record in this Court in No. 26-1329 and in the district court. A shorter schedule asks nothing of ASHA that the ordinary schedule does not ask, only sooner.

## V. RELIEF REQUESTED

Appellant asks the Court to:

(a) expedite No. 26-2014 and, if consolidated, No. 26-1329;

(b) set this briefing schedule: Appellant's brief due 30 days after the order; ASHA's brief due 21 days after service of Appellant's brief; Appellant's reply due 14 days after service of ASHA's brief; and

(c) submit the appeal to a panel at the earliest available date without oral argument.

Dated: November 16, 2026

Roderick Wright, pro se
6181 Lake Michigan Drive, #103
Allendale, MI 49401
Phone: (616) 990-9284
Email: wrightiir@yahoo.com
Plaintiff-Appellant

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 1,384 words, excluding the parts exempted by Fed. R. App. P. 32(f). It complies with Fed. R. App. P. 27(d)(1)(E) because it was prepared in a proportionally spaced typeface, 14-point Times New Roman.

Roderick Wright

## CERTIFICATE OF SERVICE

I certify that on November 16, 2026, I filed this motion with the Clerk of the Court by email to CA06_Pro_Se_Efiling@ca6.uscourts.gov and served a copy on counsel for Appellee, Courtney Ann-Taylor Lavender, Plunkett Cooney, by email to clavender@plunkettcooney.com.

Roderick Wright

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**No. 26-2014**

RODERICK WRIGHT, Plaintiff-Appellant,
v.
AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,
Defendant-Appellee.

**EXHIBIT A**
**DECLARATION OF RODERICK WRIGHT**

I, Roderick Wright, declare:

1. I am the Plaintiff-Appellant in this appeal. This declaration identifies the documents attached to it. Each statement below about a document's sender, date, subject, title, web address, or print date is taken from the face of that document.

2. Exhibit A-1 is a true and correct copy of an email from ASHA Dues Renewal (duesrenewal@mail.asha.org), dated Wednesday, September 9, 2026, 03:01 PM EDT, with the subject "Renewal for the 2027 membership and affiliation year is now open!", printed to PDF. The print date shown on it is 9/9/26, 6:04 PM.

3. Exhibit A-2 is a true and correct copy of the page at apps.asha.org/eweb/AshaDynamicPage.aspx?webcode=odrdues, titled "ASHA Online Dues Renewal - Invoice," printed to PDF. The print date shown on it is 9/9/26, 6:03 PM. The hyperlinks in Exhibits A-1 and A-2 are not active.

4. Exhibit A-3 is a true and correct copy of a screenshot of the page at apps.asha.org/eweb/AshaDynamicPage.aspx?webcode=odrdues, except as stated in

this paragraph. The date and time shown on the screenshot are 10/19/2026, 9:27 PM. The screenshot is cropped to the browser window. The browser's toolbar icons and bookmarks bar, and the taskbar other than the clock, are redacted.

5. Exhibit A-4 is a true and correct copy of a screenshot of the page at web.archive.org/web/20260712205613/https://unlimitedteletherapy.bamboohr.com /careers/73, except as stated in this paragraph. The date and time shown on the screenshot are 11/14/2026, 2:56 AM. The banner at the top of the page reads "1 capture" and "12 Jul 2026." The screenshot is cropped to the browser window. The browser's toolbar icons and bookmarks bar, and the taskbar other than the clock, are redacted. Pages 2 and 3 of Exhibit A-4 are enlargements of parts of the same screenshot.

6. Exhibit A-5 is a true and correct copy of the page at apps.asha.org/eWeb/ashadynamicpage.aspx?site=ashacms&webcode=cccdetailsv2 &key=ec3250ba-3d84-4c8b-a31c-5bc2dbeb7d6b, titled "ASHA Certification Verification Details," printed to PDF. The print date shown on it is 11/16/26, 4:56 AM.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2026, at Allendale, Michigan.

Roderick Wright
Roderick Wright

No. 26-2014

# EXHIBIT A-1

Email from ASHA Dues Renewal (duesrenewal@mail.asha.org)
dated Wednesday, September 9, 2026, 03:01 PM EDT
printed 9/9/26, 6:04 PM

# Renewal for the 2027 membership and affiliation year is now open!

From: ASHA Dues Renewal (duesrenewal@mail.asha.org)
To: wrightiir@yahoo.com
Date: Wednesday, September 9, 2026 at 03:01 PM EDT

Renew Online Today | View in Browser

ASHA




Dear Roderick Wright,
14498906

Renewal for the 2027 membership and affiliation year is now open!

Thank you for being a part of the ASHA community. Together, we continue the work to make effective communication accessible and achievable for all.

We're here to support you throughout your professional journey.

To explore more benefits, visit ASHA Member Benefits.

The deadline to renew is **December 31, 2026.** Renew online today to avoid potential delays or longer phone wait times near the deadline.

Thank you again for being part of ASHA—and for the meaningful difference you make for your clients, patients, students, and community.

© 1997-2026 American Speech-Language-Hearing Association
2200 Research Boulevard, Rockville, MD 20850-3289 | Visit ASHA

You received this ASHA Dues Renewal message because of your membership or affiliation with ASHA. If you have a technical issue, please send an email to emailsupport@asha.org.

Case: 26-2014 Document: 2 Filed: 11/16/2026 Page: 13

Unsubscribe | ASHA Privacy Statement

No. 26-2014

# EXHIBIT A-2

Page at apps.asha.org/eweb/AshaDynamicPage.aspx?webcode=odrdues, titled “ASHA Online Dues Renewal - Invoice,” printed 9/9/26, 6:03 PM

ASHA

# American Speech-Language-Hearing Association

Making effective communication, a human right, accessible and achievable for all.

Search

Click here to learn more how to change your membership or affiliation level before renewal.

# Invoice

**Name:** Mr. Roderick Wright, CCC-SLP

**Account Number:** 14498906

**Invoice Number:** 6984236

| Description | Amount |
|---|---|
| 2027 Certification or In Process Fee | $221 |
| **Optional Payments** | |
| ☑ CE Registry Fee | $38 |
| ☑ ASHFoundation Donation | |
| ○ **$30** ◉ **$36** ○ **$50** ○ **$100** Other $ 0 | $ 36 |
| **Total (All amounts are U.S. dollars)** | **$** 295 |

**Please see important notifications below about your payments before continuing.**

**Then click the 'Update Total & Continue' button to proceed.**

**Update Total & Continue** **Reset Invoice**

**Code of Ethics/Code of Conduct Statement**

We include a statement of affirmation to abide by the ASHA Code of Ethics on initial applications for ASHA membership, certification, and affiliation. To further remind everyone of its importance to our field, ASHA is including this affirmation statement on the annual dues renewal notice. Payment of your dues and fees constitutes your affirmation to abide by the Code of Ethics or other code of professional conduct to which you were bound upon application to the association. More information on why the Code of Ethics is important for ASHA is available online.

**Dues Payments**

Dues payments to ASHA, a 501(c)6 organization, are not deductible as charitable contributions for federal income tax purposes. However, they may be deductible under other provisions of the Internal Revenue Code subject to restrictions imposed as a result of lobbying activities. In those situations where dues may be deductible, ASHA estimates that the nondeductible portion of your 2027 dues is 4%.

Post Office regulations require that we assign a portion of membership dues to the cost of publications we provide as a benefit of membership. Member dues for 2027 includes a subscription to The ASHA Leader ($16).

Access to the full text of all four ASHA journals (AJA, AJSLP, LSLHR, LSHSS) is provided online.

No requests for refunds of 2027 dues/fees will be honored after January 1, 2027.

**Contributions**

Contributions to the American Speech-Language-Hearing Foundation (ASHFoundation) and the American Speech-Language-Hearing Association Political Action Committee (ASHA-PAC) are voluntary and are not a requirement for membership in ASHA. The opportunity to make a contribution is included on the dues notice for ASHA members convenience.

**ASHFoundation Contributions**

Contributions to the ASHFoundation, a 501(c)3 organization, are tax deductible to the extent permitted by law.

**ASHA-PAC Contributions**

ASHA will not look upon with favor or disfavor any member because of his/her level of contribution or decision not to make a contribution. Contributions to the ASHA-PAC are not deductible for federal income tax purposes.

---

© 1997-2026 American Speech-Language-Hearing Association

No. 26-2014

# EXHIBIT A-3

Screenshot of the page at
apps.asha.org/eweb/AshaDynamicPage.aspx?webcode=odrdues
Date and time shown on the screenshot: 10/19/2026, 9:27 PM

apps.asha.org/eweb/AshaDynamicPage.aspx?webcode=odrdues

REDACTED

ABOUT JOIN ASHA ASHA STORE MY ACCOUNT WRIGRSLP@MAIL.COM LOGOUT

ASHA

American Speech-Language-Hearing Association
Making effective communication, a human right, accessible and achievable for all.

Search

CAREERS CERTIFICATION PUBLICATIONS EVENTS ADVOCACY CONTINUING EDUCATION PRACTICE MANAGEMENT RESEARCH

Audiologists Speech-Language Pathologists Academic & Faculty Audiology & SLP Assistants Students Public

Click here to learn more how to change your membership or affiliation level before renewal.

# We are sorry...

We are unable to complete your renewal.

Possible reasons for seeing this message include:

- You are not recognized as an ASHA or NSSLHA member.
- You are applying to become a member of ASHA for the first time.
- An error occurred in the processing of your dues renewal.

If you need assistance, please contact the Action Center at 800-498-2071 (8:30 a.m.-5:00 p.m. EST Monday-Friday).

Thank you.

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. If you continue to use this site, you consent to the use of cookies. Read about how we use cookies and how you can control them by visiting our Cookie Statement.

OK

REDACTED

9:27 PM
10/19/2026

No. 26-2014

# EXHIBIT A-4

Screenshot of the page at
web.archive.org/web/20260712205613/
https://unlimitedteletherapy.bamboohr.com/careers/73
Date and time shown on the screenshot: 11/14/2026, 2:56 AM
Pages 2 and 3 are enlargements of parts of the same screenshot

web.archive.org/web/20260712205613/https://unlimitedteletherapy.bamboohr.com/careers/73

REDACTED

INTERNET ARCHIVE WaybackMachine https://unlimitedteletherapy.bamboohr.com/careers/73 Go
1 capture
12 Jul 2026
JUN JUL AUG
12
2025 2026 2027
About this capture

Unlimited Teletherapy

Privacy Policy

< Job Openings

## Speech Language Pathologist Teletherapist

None - Remote, New Mexico (Remote)

**Join Our Team at Unlimited Teletherapy – Where Professional Growth Meets Flexibility and Fun!**

**Start Date: End of July 2026/Beginning of August 2026**
Are you a passionate Speech-Language Pathologist looking for a collaborative, supportive environment where your work is valued and your skills can shine? At **Unlimited Teletherapy,** we combine flexibility, connection, and a strong sense of purpose to deliver top-tier services to students across New Mexico. Whether you're onsite or virtual, you'll be part of a team that empowers both professionals and the students we serve.

🌟 **What We Offer Our Team:**

- **3 Lead SLPs and Onsite E-Helpers** to support your success
- **$150 annual reimbursement** for any online subscription of your choice
- Access to **Q Global, WPS, and paper protocols**
- **Zoom Business Platform** for seamless teletherapy sessions
- **Typical Caseload/Workload Model**
- **Medical, Dental, Vision, and Life Insurance** — 70% of employee-only premiums paid (full-time only)
- **Simple IRA with 3% match**
- **Licensure, CCCs, and Background Check Fees Covered**
- **ASHA Learning Pass CEU Access**
- **Laptop Provided**
- **W-2 Salaried Position:** 7.5 hours/day, with up to 25% of time reserved for indirect services (37.5 hours/week)
- **185- 194 Contract Days (for those starting at the beginning of the school year)**
- **Monthly Pay Schedule over 12 months**

🧠 **About Us**
We're professional, collaborative, and committed to helping our team members thrive. We celebrate individuality, encourage personal growth, and cultivate a supportive atmosphere where every voice is heard.
**Our work environment includes:**

- Ongoing **professional development** and **on-the-job training**
- A **safe, welcoming workplace**
- A team that values **balance and belonging**

🧑 **What We're Looking For:**
We're seeking **Speech-Language Pathologists (SLP)** that are:
English; Bilingual: English/Spanish and English/Arabic

- Compassionate, skilled, and dedicated to helping students from **Pre-K through 12th grade**
- Ready to assess, diagnose, and treat speech, language, and cognitive-communication disorders
- A team player who thrives in a collaborative environment
- Committed to maintaining accurate documentation and developing meaningful connections with students, families, and school staff

✅ **Requirements:**

- Master's Degree in Speech-Language Pathology
- Bilingual Multicultural Endorsement encouraged if applying for the bilingual positions only
- Current or eligible for **New Mexico SLP Licensure and NMPED Licensure**
- Must pass a **background check**
- CCCs required

Come work with a team that recognizes your worth, supports your growth, and makes space for laughter along the way. At Unlimited Teletherapy, you're not just filling a position — you're joining a purpose.

**Apply for This Job**

Link to This Job
https://web.archive.org/web/20260712

Location
Remote, New Mexico (Remote)

Department
None

Employment Type
Full-Time

Minimum Experience
Experienced

Compensation
$57-$65 per hour DOE

REDACTED

2:56 AM
11/14/2026

Exhibit A-4, page 2: enlargement of the upper part of the posting shown on page 1

**Unlimited Teletherapy**

Privacy Policy

< Job Openings

## Speech Language Pathologist Teletherapist

None - Remote, New Mexico (Remote)

**Join Our Team at Unlimited Teletherapy – Where Professional Growth Meets Flexibility and Fun!**

**Start Date: End of July 2026/Beginning of August 2026**
Are you a passionate Speech-Language Pathologist looking for a collaborative, supportive environment where your work is valued and your skills can shine? At **Unlimited Teletherapy,** we combine flexibility, connection, and a strong sense of purpose to deliver top-tier services to students across New Mexico. Whether you're onsite or virtual, you'll be part of a team that empowers both professionals and the students we serve.

🌟 **What We Offer Our Team:**

- **3 Lead SLPs and Onsite E-Helpers** to support your success
- **$150 annual reimbursement** for any online subscription of your choice
- Access to **Q Global, WPS, and paper protocols**
- **Zoom Business Platform** for seamless teletherapy sessions
- **Typical Caseload/Workload Model**
- **Medical, Dental, Vision, and Life Insurance** — 70% of employee-only premiums paid (full-time only)
- **Simple IRA with 3% match**
- **Licensure, CCCs, and Background Check Fees Covered**
- **ASHA Learning Pass CEU Access**
- **Laptop Provided**

**Apply for This Job**

Link to This Job

https://web.archive.org/web/20260712...

Location
Remote, New Mexico (Remote)

Department
None

Employment Type
Full-Time

Minimum Experience
Experienced

Compensation
$57-$65 per hour DOE

Exhibit A-4, page 3: enlargement of the lower part of the posting shown on page 1

- **Licensure, CCCs, and Background Check Fees Covered**
- **ASHA Learning Pass CEU Access**
- **Laptop Provided**
- **W-2 Salaried Position:** 7.5 hours/day, with up to 25% of time reserved for indirect services (37.5 hours/week)
- **185- 194 Contract Days (for those starting at the beginning of the school year)**
- **Monthly Pay Schedule over 12 months**

🧠 **About Us**

We're professional, collaborative, and committed to helping our team members thrive. We celebrate individuality, encourage personal growth, and cultivate a supportive atmosphere where every voice is heard.

**Our work environment includes:**

- Ongoing **professional development** and **on-the-job training**
- A **safe, welcoming workplace**
- A team that values **balance and belonging**

🙋 **What We're Looking For:**

We're seeking **Speech-Language Pathologists (SLP)** that are:

English; Bilingual: English/Spanish and English/Arabic

- Compassionate, skilled, and dedicated to helping students from **Pre-K through 12th grade**
- Ready to assess, diagnose, and treat speech, language, and cognitive-communication disorders
- A team player who thrives in a collaborative environment
- Committed to maintaining accurate documentation and developing meaningful connections with students, families, and school staff

✅ **Requirements:**

- Master's Degree in Speech-Language Pathology
- Bilingual Multicultural Endorsement encouraged if applying for the bilingual positions only
- Current or eligible for **New Mexico SLP Licensure and NMPED Licensure**
- Must pass a **background check**
- CCCs required

Come work with a team that recognizes your worth, supports your growth, and makes space for laughter along the way. At Unlimited Teletherapy, you're not just filling a position — you're joining a purpose.

Experienced

Compensation

**$57-$65 per hour DOE**

No. 26-2014

# EXHIBIT A-5

Page at apps.asha.org/eWeb/ashadynamicpage.aspx?site=ashacms&webcode=cccdetailsv2, titled "ASHA Certification Verification Details," printed 11/16/26, 4:56 AM

ASHA

## American Speech-Language-Hearing Association

Making effective communication, a human right, accessible and achievable for all.

Search

# ASHA Certification and Ethics Verification

**This individual has past public Board of Ethics history.**

## Certification Status

This is to verify that the individual listed below does not currently hold ASHA certification.

In order to achieve ASHA certification an individual must meet the requirements outlined in the certification standards at the time of application.

For more information, please visit the ASHA certification website at http://www.asha.org/certification

**Name:**
Roderick Wright
**ASHA Account Number:**
XXXX8906
**Certification Status:**
Not Certified

## Public Ethics History from 1998 to present

The ASHA Board of Ethics found this individual in violation of the ASHA Code of Ethics, for which the individual received a public sanction.

### Revocation of Membership and Certification Rationale

6 months, Effective 01/20/2026
Code of Ethics (2023): Principle(s) II-B; IV-E, IV-G
View Details in The ASHA Leader.

## Clinical Instruction, Supervision or Clinical Fellowship Mentor

Roderick Wright **has not yet met** the 2020 ASHA certification standards for providing clinical instruction and supervision to individuals preparing for ASHA certification.

For more information, please read more about the 2020 Certification Ethics and Supervision requirements.

## About ASHA Certification

ASHA certification must be renewed on a yearly basis through payment of annual dues and/or fees. There also is an additional maintenance requirement for completion of 30 hours of professional development activities every three years.

ASHA does not issue certification numbers. Additionally, ASHA does not maintain copies of application materials submitted for certification once certification has been awarded.

ASHA does not maintain original/paper copies of certification applications and supporting documents after certification has been awarded. ASHA retains digital copies of certification applications and supporting documents for 10 years, and ETS retains PRAXIS results for 10 years.

© 1997-2026 American Speech-Language-Hearing Association