RECEIVED
11/24/2026
KELLY L. STEPHENS, Clerk

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

## Transcript Order for Pro Se Parties

Only parties not represented by counsel may use this form. Attorneys must file transcript orders electronically in CM/ECF. Include on this form all transcripts that you are ordering from *one* court reporter. Use a separate form for each court reporter.

| | | |
|---|---|---|
| **SHORT CASE TITLE**<br>Wright v. American Speech-Language-Hearing Association | **NAME OF DISTRICT COURT**<br>U.S. District Court, Western District of Michigan | **DISTRICT COURT CASE NUMBER**<br>1:25-cv-01367 |
| **COURT OF APPEALS CASE NUMBER**<br>26-2014 | **DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT**<br>November 12, 2026 | |
| | **COURT REPORTER**<br>None (no hearings were held) | **NAME OF ORDERING PARTY**<br>Roderick Wright |

**A. Check the applicable provision:**

☐ I am ordering a transcript (See Section B)
☒ I am not ordering a transcript

**Reason for not ordering a transcript:**

☐ Transcript is already on file in district court
☐ Transcript is unnecessary for appeal purposes
☒ No Hearings

**B. Provide a description, including dates, of the proceedings for which a transcript is required** (i.e. oral argument, sentencing, etc.)

N/A. No transcript is being ordered.

**Method of Payment** ☐ Private Funds ☐ Other

**C. When transcript is funded by the Criminal Justice Act, transcript of the following proceedings will be provided only if specially authorized by the district court**

☐ Voir Dire
☐ Jury Instructions
☐ Opening statement of plaintiff
☐ Closing argument of plaintiff
☐ Opening statement of defendant
☐ Closing argument of defendant

**D. Deliver transcript to: (Appellant's name, address, telephone)**

N/A. No transcript is being ordered.

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of appeal.

**E. I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| **ORDERING PARTY'S SIGNATURE** | **DATE** |
|---|---|
| Roderick Wright | November 24, 2026 |

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**THIS ORDER FORM MUST BE SENT TO BOTH THE COURT REPORTER AND THE COURT OF APPEALS.**